<u>THIS FORM MAY BE USED BY CERTIFIED CM/ECF PARTICIPANTS ONLY</u> AND MAY BE E:MAILED TO THE APPROPRIATE JUDGE'S E:MAILBOX.  PLEASE USE THIS FORM TO REPORT A STATUS CHANGE FOR A MATTER LISTED ON THE COURT'S CALENDAR.  THIS FORM MAY ALSO BE USED TO *REQUEST* AN ADJOURNMENT OF A MATTER LISTED ON THE CALENDAR.  REQUESTS FOR ADJOURNMENTS WILL BE ACKNOWLEDGED BY RETURN E:MAIL WITH AN INDICATION ON PAGE 2 OF THIS FORM THAT THE REQUEST IS EITHER DENIED OR GRANTED.  PLEASE E:MAIL THE COMPLETED FORM TO THE APPROPRIATE ADDRESS.

**ADJOURNMENT REQUEST/CALENDAR STATUS CHANGE FORM**

**FOR THE HONORABLE MICHAEL B. KAPLAN, C.U.S.B.J.**

___ SETTLEMENT     **X** **WITHDRAWAL**     ___ ADJOURNMENT REQUEST

CASE #:   **23-12065 (MBK)**          ADV. #: _____

CASE NAME: **Ioana Nedelcu**

PROCEEDING:

**Docket Entry No. 44 - Request For Entry of Default Judgment
Filed in main case in error.
Filed in Adversary No. 23-01308**

HEARING DATE & TIME: _____

REASON FOR ADJOURNMENT REQUEST:

ALL PARTIES ADVISED AND CONSENT?     ___ YES     ___ NO (w/reason)

SUBMITTED BY: **/s/ Karen E. Bezner, Esq.**

REPRESENTING: **Karen E. Bezner, Plaintiff  Trustee**

## FOR COURT USE ONLY

_____ ADJOURNMENT REQUEST DENIED. PLEASE APPEAR ON THE SCHEDULED DATE AND TIME.

_____ ADJOURNMENT REQUEST GRANTED. PLEASE NOTIFY ALL PARTIES OF THE NEW DATE AND TIME: _____ .

_____ ADDITIONAL COMMENTS: