UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Ioana Nedelcu

Case No.: 23-12065
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, C.U.S.B.J.__ on __January 25, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Trustee abandons residential property in Potlogi Commune, Dambovita County, Romania, purchased by debtor at private sale in November, 2008 for $40,000.00 |
|---|---|

| Liens on property: | Costs of sale estimated at 20%, or $8,000.00.  Real estate taxes and other charges remain unpaid since 2008, and likely exceed the value of the property.  Costs of sale exceed the value of the property to the estate. The property is burdensome to the estate. |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/  Karen E. Bezner

Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076

Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Ioana Nedelcu  
    Debtor

Case No. 23-12065-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 28, 2023      Form ID: pdf905      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ioana Nedelcu, P.O. Box 207, Trenton, NJ 08602-0207 |
| 519861355 | + | Bart W. Lombardo Esq., 100 Eagle Rock Ave, Suite 105, East Hanover, NJ 07936-3149 |
| 519861356 | + | Camelot At Carteret Parcel, 433 River Road, Highland Park, NJ 08904-1939 |
| 519964223 | + | Cornel Nedelcu, P.O. Box 644, Carteret, NJ 07008-0644 |
| 519869250 | + | Cornell Nedelcu, P.O. Box 644, Carteret, NJ 07008-0644 |
| 519861358 | + | Derek D. Reed, Esq., 60 Park Place, Suite 1016, Newark, NJ 07102-5504 |
| 519869263 | + | Victor Goldberg, 40 Essex Road, Maplewood, NJ 07040-2338 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 28 2023 20:29:08 | BSI Financial Services as servicer for HMC Assets,, c/o Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 519869248 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 28 2023 20:29:00 | BSI Financial Services, 314 S. Franklin Street, Titusville, PA 16354-2146 |
| 520006268 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2023 20:40:29 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519967692 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2023 20:40:27 | CACH, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519861357 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 28 2023 20:30:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 520011177 | + | Email/Text: bankruptcy@bsifinancial.com | Dec 28 2023 20:29:00 | HMC Assets, LLC solely in its capacity, c/o BSI Financial Services, 1425 Greenway Dr. Suite 400, Irving, TX 75038-2480 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Victor Goldberg, 40 Essex Rd, Maplewood, NJ 07040-2338 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf905 | Total Noticed: 15 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| George E Veitengruber, III | on behalf of Debtor Ioana Nedelcu bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| Jason Brett Schwartz | on behalf of Creditor BSI Financial Services as servicer for HMC Assets  LLC solely in its capacity as separate trustee of CAM XI Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Karen E. Bezner | on behalf of Plaintiff Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| Karen E. Bezner | on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6