UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Ioana Nedelcu

Case No.: 23-12065

Adv. Pro. No.: _____

Chapter: 7

Subchapter V: ☐ Yes ☐ No

Hearing Date: 01/11/2024

Judge: Kaplan

## ADJOURNMENT REQUEST

1. I, __Victor Goldberg__,

   ☐ am the attorney for: _____,

   ☒ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: #23 Motion for Relief and #40 Motion to Dismiss

   Current hearing date and time: 01/11/2024 at 10:00

   New date requested: 02/22/2024 at 10:00 a.m.

   Reason for adjournment request: I have just received the recording of the 341(a) meeting fr

   I have also hired the Certified Fraud Examiner, Jennifer Ostwald, and she is preparing a s

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   I obtained the consent of Trustee Karen Bezner to adjourn the hearing on the Motion to D

   Trustee Bezner requested my consent to also adjourn the Motion for Relief from the Auto

I certify under penalty of perjury that the foregoing is true.

Date: 01/08/2024

Victor Goldberg
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 2/22/24 at 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*