Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 23−12065−MBK
> Chapter: 7
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ioana Nedelcu
   P.O. Box 207
   Trenton, NJ 08602

Social Security No.:
   xxx−xx−7054

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Residential Property in Potlogi Commune, Dambovita County, Romania.

Dated: January 19, 2024
JAN: gan

                                                Jeanne Naughton
                                                Clerk