UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2024 JAN 22 A 10: 24

| In Re: | Case No.: ......... 23-12065 |
|---|---|
| IOANA NEDELCU, | Chapter: ........... 7 |
| *Debtor/Petitioner* | Judge Michael B. Kaplan, CUSBJ |

---

KAREN E. BEZNER, Chapter 7 Trustee,

*Plaintiff,*

v.

VICTOR GOLDBERG,

*Defendant.*

---

### DEFENDANT'S DISMISSAL/DEFAULT EXHIBITS

COMES NOW the Defendant, Victor Goldberg ("Defendant"), appearing *pro se* and *in forma pauperis,* being of full age, pursuant to the Federal Rules of Civil Procedure and applicable local rules, and hereby files these Dismissal/Default Exhibits.

| INDEX | TITLE |
|---|---|
| Exhibit 1 | Supplemental Report by Certified Fraud Examiner Jennifer Ostwald<br>January 20, 2024 |
| Exhibit 2 | Memorandum by Romanian Real Estate Attorney Ionuț Adrian Mițiți<br>January 16, 2024 |
| Exhibit 3 | Letters from Defendant's Psychiatric Care Providers<br>Various Dates 2020-2024 |

1

Respectfully Submitted By:

_____
**VICTOR GOLDBERG**
40 Essex Road
Maplewood, New Jersey 07040
Victor.goldberg@yahoo.com
*Creditor, Pro Se*

Dated on this 21st day of January 2024.

**PROOF OF SERVICE:** The undersigned hereby certifies and on oath states, under penalty of perjury as provided by law, that he has caused delivery of a true and correct copy of the foregoing document to the email addresses of record of the following counsel for parties to this proceeding.

| | |
|---|---|
| Karen E. Bezner | KarenEBeznerEsq@aol.com <br> Kbez@bellatlantic.net <br> NJ61@ecfcbis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Jason Brett Schwartz, on behalf of Creditor BSI Financial Services as servicer for HMC Assets, LLC solely in its capacity as separate trustee of CAM XI Trust | bkecf@friedmanvartolo.com <br> bankruptcy@friedmanvartolo.com |
| George E. Veitengruber III, on behalf of Debtor Ioana Nedelcu | bankruptcy@veitengruberlaw.com <br> knapolitano15@gmail.com |

Dated: January 21, 2024.

_____
**VICTOR GOLDBERG**

2